## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sergeant Keith D. Forget, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND TASK FORCE OFFICER BACKGROUND

1. I am a full-time Police Sergeant in Salisbury, Massachusetts and sworn Task Force Officer (TFO) for the Federal Bureau of Investigation (FBI) assigned to the Child Exploitation and Human Trafficking Task Force (CEHTTF). I have been a sworn Salisbury Police Officer since 2003, and assigned to the FBI CEHTTF since October of 2020. I am currently assigned to the Lowell Resident Agency where my duties include the investigation of various criminal matters, including crimes involving child exploitation. In addition to being assigned to the FBI CEHTTF, I am also assigned as a TFO to the Massachusetts State Police (MSP) Internet Crimes Against Children (ICAC) Task Force. Prior to becoming a full-time police officer, I attended the Massachusetts State Police Municipal Police Academy in New Braintree, Massachusetts where I received a full-time police officer academy certificate in 2009. Prior to being promoted to Sergeant, I was assigned as a full-time police detective from 2014 to 2021 where I gained extensive experience in investigations of all types, including child exploitation.

2. In addition to my relevant experience, I have attended training courses specific to investigating matters involving child exploitation, child pornography, and undercover electronic communication techniques. Since that time, I have successfully investigated multiple incidents of individuals who share and trade child exploitation material, and desire to communicate and sexually exploit child online.

3. As a Task Force Officer with the FBI, I am a sworn law enforcement officer of the United States within the definition of 18 U.S.C. § 2510(7) and am empowered to conduct investigations and make arrests for the offenses enumerated in Title 18 U.S.C., including §1470. Moreover,

under Rule 41 of the Federal Rules of Criminal Procedure, I am authorized to request search warrants and criminal complaints because I am a deputized sworn government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such criminal process.

4. I am currently investigating Paul James Frank Bruzzi ("BRUZZI") for attempting to transfer obscene matter to a minor in violation of 18 U.S.C. §1470[1,2] (the "SUBJECT OFFENSE") and submit this affidavit in support of criminal complaint charging Paul BRUZZI with attempting to transfer obscene material to a minor in violation of Title 18 U.S.C. §1470 on or about September 20, 2022 through on or about January 11, 2023.

5. The facts in this affidavit come from my personal and professional involvement in this investigation as an appointed TFO. This affidavit is intended to merely outline the facts in this investigation supporting the probable cause to charge Bruzzi with the above listed federal crimes and does not set forth all of my knowledge about this investigation.

## BACKGROUND OF THE INVESTIGATION

6. On September 20, 2022, an online covert employee ("OCE") assigned to the FBI CEHTTF

---

[1] 18 U.S.C. § 1470 provides, in pertinent part:
Whoever, using the mail or any facility or means of interstate or foreign commerce, knowingly transfers obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, or attempts to do so, has violated this section.

[2] I have reviewed case law stating that "proof of transmission of pornography over the Internet or over telephone lines satisfies the interstate commerce element of the offense." *United States v. Hilton*, 257 F.3d 50, 54 (1st Cir. 2001); *citing United States v. Carroll*, 105 F.3d 740, 742 (1st Cir.), *cert. denied*, 520 U.S. 1258, 117 S.Ct. 2424, 138 L.Ed.2d 187 (1997). *See, also, United States v. Young*, 955 F.3d 608, 614 (7th Cir. 2020) (use of internet as part of or in furtherance of attempting sex trafficking was sufficient to prove interstate commerce element of § 1591); *United States v. Baston*, 818 F.3d 651, 664 (11th Cir. 2016) (communication by phone, text message, and Instagram was sufficient to prove sex trafficking conduct was "in commerce"). Furthermore, as detailed *infra,* I believe the cellular telephone BRUZZI used to transfer obscene material was produced wholly outside of Massachusetts. I therefore believe that the communications between BRUZZI and investigators using KIK, described herein, are sufficient to establish probable cause to believe that BRUZZI used a facility or means of interstate or foreign commerce.

was conducting an investigation that involved locating and identifying adults that desired to sexually exploit children using both the internet and mobile cellular phone applications. As part of this investigation, the OCE created an account on an online browser-based chatting website using a female name and listing a location of Massachusetts. On September 20, 2022, the OCE was contacted without prompting by an unknown subject with a profile name of "John."[3] As detailed *infra,* investigators identified the user of this account as BRUZZI. In this first contact, BRUZZI wrote to the OCE, "Heyy you how are you" followed by "And what brings you here." The OCE responded that she and her friend skipped school that day. BRUZZI then asked, "You cute?" and the OCE replied that both she and her friend were 14 years old. BRUZZI immediately began to send electronic messages to the OCE that were sexual in nature, including that he wished to masturbate in an online video for the OCE to view and asked, "Wanna watch me cum". BRUZZI then requested that the online conversation be moved to different online communications applications and then wrote to the OCE, "… you can take a pic of you kissing your friend :)" The OCE then agreed to move the conversation to a different application known as "Kik."[4] BRUZZI then indicated that he sent the OCE a friend request on Kik.

7.      The OCE received an online chat request on Kik from an account with a user profile name of "Help Out" and a screen name of "helpme123123." This Kik account was later positively identified as the Kik account belonging to BRUZZI (hereinafter referred to as the "KIK

---

[3] Based on my training, experience and what I have learned during this investigation, I believe that BRUZZI contacted the OCE in an unsolicited manner because the account displayed a female's name and indicated the female was in Massachusetts.

[4] Kik is a mobile phone application that allows users to chat with each other via text message and share other content, including photographs. The electronic communications are conveyed over the internet via the Kik mobile phone application. Customers can access their accounts on the company's computer servers from any mobile device connected to the internet as long as the Kik application is downloaded, active, and has a registered Kik account. Kik is available for download through the iOS Apple Store and the Google Play store on most iOS (iPhone, iPod, and iPad), Android, and Windows 7 devices.

ACCOUNT").[5]  The OCE then began communicating with BRUZZI on Kik and BRUZZI continued to send electronic communications that were sexual in nature to OCE, despite being told that the OCE was a 14-year-old minor.  BRUZZI also coerced, pressured, and enticed the OCE to expose herself to him using the camera that is built into the OCE's cell phone, and offered to expose himself to the OCE, specifically stating, "I could show you my thing.." "My..d," which I believe to be a reference to his penis.  The OCE asked BRUZZI if he resided in Massachusetts, and BRUZZI replied, "Yea I am" "Springfield area" and then "West Springfield" "Sorry I'm just horny...".

8. Using the KIK ACCOUNT, BRUZZI then sent an image of an erect penis with the caption "*You two should really kiss..*".  Based on its appearance, I believe that the image depicted an adult penis.  This image also had a caption underneath that read, "Camera," which, based on my training and experience, I believe to indicate that the image was taken live and not downloaded from BRUZZI'S photo library.  Based on this, I further believe that BRUZZI used his cellular telephone to photograph his own penis and then send it to the OCE.  BRUZZI then sent a text message that read, "Lol don't like it?".

9. Between October 1, 2022 and January 11, 2023, BRUZZI sent the OCE eight more images or videos of obscene material via the internet.  The obscene material consisted of both images of an erect penis, and videos of a male, who I believe to be BRUZZI, masturbating and ejaculating.

10. The images or videos, which all appear to depict BRUZZI, were as follows:

| Date sent | Description |
|---|---|
| October 1, 2022 | An image transmitted via Kik of an erect penis as the male is sitting on what appears to be couch or chair with his pants around his ankles. |

---

[5] As described *infra,* the IP addresses associated with the KIK ACCOUNT were registered to family members of BRUZZI.  The OCE viewed a known image of BRUZZI and identified him as the same individual that with whom the OCE was chatting on the KIK ACCOUNT.

| October 1, 2022 | A seven second video transmitted via Kik of a male masturbating with his right hand while standing up. |
| --- | --- |
| October 2, 2022 | An image transmitted via Kik of an erect penis as the male is sitting on a couch or ottoman. A fireplace and hearth can be seen in the background of the image. |
| October 2, 2022 | An image transmitted via Kik of an erect penis on a bed covered with brown sheets. The male in the image is touching his penis with his right hand. |
| October 2, 2022 | An image transmitted via Kik of an erect penis laying a bed covered with brown sheets. The male in the image is touching his penis with his right hand. |
| November 11, 2022 | An image transmitted via Kik of an erect penis. It appears that the male is sitting in a vehicle. The male in the image is touching his penis with his right hand. |
| November 30, 2022 | An image transmitted via Kik of an erect penis. It appears that the male is sitting in an office environment. The male in the image is touching his penis with his right hand. |
| January 11, 2023 | A live video call with the U/C TFO that was transmitted via Jitsi,[6] which is an online electronic video conferencing and instant messaging service, during which BRUZZI uses his right hand to masturbate to the point of ejaculation. Following this, BRUZZI shows his face and has a conversation with the U/C TFO. |

11. Based on my training and experience, I believe that all nine images and/or videos constitute obscene matter violating Title 18 U.S.C. §1470 which were transferred via the internet to the OCE and U/C TFO, who BRUZZI believed to be 14 years old. The obscene images, videos, and video links were all sent from the KIK ACCOUNT.

*Investigators Identify BRUZZI*

12. On October 13, 2022 at BRUZZI'S request, the OCE and U/C TFO conducted a live online video call with BRUZZI. During this video call, BRUZZI asked the U/C TFO how school was going and the U/C TFO was also able to take numerous clear and detailed photographs of

---

[6] Jitsi is a free voice, video conferencing, and instant messaging online platform available on Apple iOS and Android cellular phones. BRUZZI would request to conduct video calls on Jitsi with the U/C TFO and provide the hyperlink to enter a Jitsi online chat room where he would communicate live with the U/C TFO.

BRUZZI's face.  Investigators also recorded a video of the conversation.  I have compared these images to BRUZZI's Massachusetts driver's license and have confirmed that the male in this conversation, and all conversations detailed in this affidavit, is, in fact, BRUZZI.

13. During the course of this investigation, investigators learned that two of the IP addresses used by the KIK ACCOUNT were assigned to relatives of BRUZZI.  Investigators also located online photographs of the interior of BRUZZI's home and identified the room in which at least one of the obscene photographs detailed *supra* was taken.

## CONCLUSION

14. Based on all of the foregoing information, I submit that there is probable cause to believe that on or about September 20, 2022, through on or about January 11, 2023, BRUZZI, of Lenox, Massachusetts did knowingly attempt transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years in violation of Title 18 U.S.C. §1470.

Sworn under the pains and penalties of perjury,

/s/ Keith D. Forget
Task Force Officer Sergeant Keith D. Forget
Federal Bureau of Investigation

Signed electronically with authorization from
FBI Task Force Officer Keith D. Forget on February 28, 2023.

Sworn and subscribed by reliable electronic means before me this  28th  day of February 2023.

/s/ Katherine A. Robertson
HONORABLE KATHERINE A. ROBERTSON
United States Magistrate Judge

Signed electronically with authorization from
Katherine A. Robertson, U.S. Magistrate Judge on February 28, 2023.

Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: Melissa M. Rivera
    Deputy Clerk
Date: 2/28/2023